BINGHAM McCUTCHEN LLP
ALFRED C. PFEIFFER JR. (SBN 120965)
RANDY MICHELSON (SBN 114095)
KRISTEN A. PALUMBO (SBN 215857)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
Indivos Corporation, Solidus Networks, Inc. and U.S.
Bank National Association aka U.S. Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re EXCEL INNOVATIONS, INC., <br><br> Debtor. | Case No. 04-53874-ASW11 <br><br> Chapter 11 <br><br> Adversary No. 04-5217 |
| EXCEL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., and U.S. BANK NATIONAL ASSOCIATION aka U.S. BANK, <br><br> Defendants. | **DECLARATION OF DAVID MENDELSOHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> Date: March 17, 2006 <br> Time: 3:00 p.m. <br> Place: Courtroom 3099 <br> Honorable Arthur S. Weissbrodt |

I, David Mendelsohn, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, could and would testify competently thereto.

---

DECLARATION OF DAVID MENDELSOHN

2. In the mid-1980's, I was introduced to Ned Hoffman by my stepdaughter. At the time, they were not yet married. Mr. Hoffman had certain ideas for products that he thought he could sell. I agreed to help him start up companies, and I helped him obtain financing for two companies that were later formed, Omnilock, Inc. and Sports-Mitt International, Inc. Omnilock was formed to sell a bicycle lock, and Sports-Mitt was formed to sell a product that would hold small weights on a swimmer's hands to increase resistance.

3. I served as Chairman of the Boards and Mr. Hoffman, served as President of the companies; and my friend and business acquaintance Harold Silen joined the companies a couple years after their formation and served as Secretary of the Boards.

4. In 1995, Omnilock and Sports-Mitt merged and, in 1996, Sport-Mitt changed its name to Excel Innovations, Inc. ("Excel") Mr. Hoffman, Mr. Silen and I then became the three directors of Excel with the same titles. The composition of Excel's Board of Directors did not change until March of 2003, when Mr. Silen and I resigned.

5. On June 16, 2000, Hoffman and SmartTouch, Inc. (later renamed Veristar and then Indivos Corporation) entered into a Settlement Agreement and General Release. The Settlement included a Voting Trust and Standstill Agreement and a Pledge Agreement. The three Co-Trustees of the Voting Trust and Standstill Agreement were Larry Ginsburg, Harold Silen and myself.

6. Upon execution of the Settlement Agreement and General Release, Indivos' attorney, Howard Rice Nemerovski Canady Falk & Rabkin ("Howard Rice"), took possession of the stock certificate representing Excel's 1,998,000 shares of Series A Preferred Stock in Indivos (which, at the time, was named SmartTouch). Attached as Exhibit "A" is a true and correct copy of a letter I received from Ross Meador at Howard Rice on or about January 23, 2001, reflecting the fact that Howard Rice had taken possession of Excel's Indivos stock certificate.

///

7. On August 2, 2000, the directors of Excel (myself, Hal Silen and Ned Hoffman) held a special Board meeting. At that meeting, the Excel Board approved, ratified and confirmed the Settlement Agreement and General Release and the Voting Trust and Standstill Agreement and allowed Excel's 1,998,000 shares of Series A Preferred Stock "to be subject to and to be governed by the terms of said agreements and trust." A true and correct copy of the minutes of that meeting is attached as Exhibit "B". The Excel Board was aware of the Pledge Agreement (which was part of the Settlement) and, at the August 2, 2000 meeting, the Board intended to and did authorize and approve of the pledge of Excel's stock in Indivos as security for Hoffman's performance under the Voting Trust and Standstill Agreement.

8. At no time during my tenure as a Voting Trustee and/or as Chairman of the Excel Board did Excel ever ask for any of the shares to be released from the Pledge.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on March 2, 2006, in _____Napa_____, California.

_____
David Mendelsohn

3
DECLARATION OF DAVID MENDELSOHN

Case: 04-05217    Doc# 79    Filed: 03/03/06    Entered: 03/03/06 17:53:04    Page 3 of 3